AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

CARLOS DELACRUZ-JIMENEZ

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR2374-L

I, CARLOS DELACRUZ-JIMENEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 17, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer