AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Carlos DeLaCruz-Jimenez

## WAIVER OF INDICTMENT

08cr2374-L

CASE NUMBER: 08cmj1925

I, Carlos DeLaCruz-Jimenez, the above named defendant, who is accused of

8 U.S.C. §1325 (misdemeanor); 8 U.S.C. §1325 (felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 08/21/2008 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

carlos dela cruz
*Defendant*

*Counsel for Defendant*

Before
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd